**Order entered October 24, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00671-CV

### HERMELINDA SOTO, Appellant

### V.

### ANSELMO SOTO, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-00802**

## ORDER

We **REINSTATE** this appeal from the trial court's judgment partitioning by sale certain real property co-owned by the parties. We abated the appeal after being informed appellee had passed away and probate proceedings were pending concerning his estate. Our abatement order directed the parties to file a status report no later than October 16, 2017 informing us whether an executor had been appointed. In accordance with that order, appellee's counsel of record has informed us the probate proceedings continue, and a status conference is scheduled November 15, 2017. Appellee's counsel asks we stay the appeal for another sixty days to allow "the underlying probate matters" be resolved.

We **GRANT** the request and **ORDER** the parties to file another status report within sixty days of this order.  We **DIRECT** the Clerk of the Court to send a courtesy copy of this order to the Honorable Maricela Moore, Presiding Judge of the 162nd Judicial District Court.

We **ABATE** the appeal.  It shall be reinstated no later than December 22, 2017.


/s/     CRAIG STODDART
JUSTICE